**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:21-CR-0053-001** |
| | ) | **Judge Jordan** |
| **MICHELLE LYNN CLABOUGH** | ) | |
| | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

Comes Jonathan A. Moffatt, counsel for defendant Michelle Clabough, who gives notice that he requests that Ms. Clabough receive a sentence at the bottom of the sentencing guideline range at the upcoming sentencing hearing.

Respectfully submitted this the 5th day of January, 2022.

By:     s/ Jonathan A. Moffatt
        Jonathan A. Moffatt
        Asst. Federal Community Defender
        800 S. Gay Street, Suite 2400
        Knoxville, TN 37929
        (865) 637-7979
        BOPR No. 18137

        COUNSEL FOR DEFENDANT